IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

PAUL SCHNEIDER,

    Plaintiff,

  v.

Case No. 19-cv-756-jdp

GEORGIA KOSTOHRYZ, ANTHONY HENTZ, DEBRA TIDQUIST, TAMMY MAASSEN, CHRISTOPHER BUESGEN, and LIZZIE TEGELS,

    Defendants.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case.

| /s/ | 7/6/2021 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |