United States District Court For The Western District of Wisconsin

Paul Schneider
  Plaintiff

v.                             Case No. 19-cv-756-jdp

Georgia Kostohryz, ET. AL.
  Defendants

## Notice of Appeal

Notice is hereby given that Paul Schneider, plaintiff pro se in the above named case, hereby appeals to the United States Court of Appeals for the Seventh Circuit from the final judgment entered in this action on the 14th day of December, 2021.

Schneider was allowed to proceed in forma pauperis in the District Court and requests to proceed in forma pauperis in the Seventh Circuit Court of Appeals.

Pursuant to Federal Rules of Appellate Proceedure 24(c) and 30(f) Schneider also requests to proceed on the original record without an Appendix.

Dated: January 2, 2022

*Paul Schneider*
Paul Schneider #481771
Racine Correctional Institution
P.O. Box 900
2019 Wisconsin St.
Sturtevant, WI 53177-0900